**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>Byron J. Bouchard,<br><br>Debtor | Chapter 11<br>Case No. 26-20281 |

**<u>ORDER OF REASSIGNMENT</u>**

In the interest of justice and to further the efficient performance of the business of the Court, I hereby reassign this case and all matters pending in it to Chief Judge Peter G. Cary.

Dated: September 1, 2026

Michael A. Fagone
United States Bankruptcy Judge
District of Maine